**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**COVENANT PARTNERS, L.P.**,<br><br>Debtor,<br><br>**GARY F. SEITZ**, as Chapter 7 Trustee of the Estate of Covenant Partners, L.P.<br><br>Plaintiff,<br>v.<br><br>**WILLIAM B. FRETZ, JR** and **JOHN P. FREEMAN**<br>Defendants. | CHAPTER 7<br><br>Case No. 14-17568 (SR)<br><br><br><br><br><br>Adversary Proceeding<br>No. 16-00226 (SR)<br><br><br>Hearing: January 11, 2017 @ 1:30 p.m. |

**PETER FRORER, FRORER PARTNERS, L.P., FRORER ASSOCIATES, LLC, FCF CREDIT, INC. AND TRIPARTITE, LLC'S MOTION TO <u>QUASH AND/OR FOR PROTECTIVE ORDER</u>**

**AND NOW**, come Peter Frorer ("**Mr. Frorer**"); FRORER PARTNERS, L.P. ("**Frorer Partners**"), FRORER ASSOCIATES, LLC("**Frorer Assoc.**") , FCF CREDIT, INC. ("**FCF**" and together with Forer, Frorer Assoc. and Frorer Partners, collectively, "**Frorer**"), and TRIPARTITE, LLC ("**Tripartite**") (all collectively the "**Movants**"), by and through their counsel, FELLHEIMER & EICHEN LLP, and move to quash and/or for protective order from the Subpoena upon Mark Carrow, CPA, individually and representative of Citrin Cooperman in the above-captioned Adversary Proceeding. Pursuant to FED. R. BANKR. P. 9016 and FED. R. CIV. P. 45(d) and in support of their Motion to Quash and/or for Protective Order, the Movants incorporate herein by reference the Brief filed contemporaneously herewith and the Exhibits attached thereto pursuant to FED. R. CIV. P. 10(c).

Respectfully submitted,

**FELLHEIMER & EICHEN LLP**

Dated: December 5, 2016

By: /s/ Alan S. Fellheimer
Alan S. Fellheimer (PA Attorney I.D. No. 09842)
John J. Jacko, III (PA Attorney I.D. No. 67477)
Two Liberty Place
50 South 16th Street, Suite 3401
Philadelphia, PA 19102
Tel (215) 253-6630
Fax (215) 359-1981
alan@fellheimer.net
john@fellheimer.net
*Attorneys for Movants*
*Peter Frorer, Frorer Partners, L.P.,*
*Frorer Associates, LLC, FCF Credit, Inc. and Tripartite, LLC*